United States District Court
Southern District of Texas
ENTERED

AUG 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 17 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-182 |
| | § | |
| PEDRO CRUZ AND CONSUELO GARCIA | § | |
| (formerly Consuelo Cruz) | § | |

## ORDER EXTENDING DISCOVERY DEADLINE, CONTINUING DOCKET CALL AND EXTENDING PRETRIAL DEADLINES

The parties have requested an extension of the discovery deadline, continuance of the docket call from its present setting of October 1998, and an extension of pretrial deadlines for at least 90 days to allow additional discovery to determine if the case can be settled. For good cause shown, it is hereby ORDERED that the discovery deadline is extended until November 30, 1998.

It is further ORDERED that the following pretrial deadlines are established:

a. Pretrial Order must be filed on or before December 10, 1998.

b. Pretrial and settlement conference is set for December 10, 1998 at 2:00 P.M. before Magistrate Judge John Wm. Black.

c. Final Pretrial is set for January 7, 1999 at 9:00 A.M. before Judge Hilda G. Tagle.

d. Jury selection is set for January 8, 1999 at 9:00 A.M. before Judge Hilda G. Tagle.

e. Trial is set for January 1999 docket call.

DONE at Brownsville, Texas this 17th day of August 1998.

John Wm. Black
United States Magistrate Judge