*18*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

U.S.A. §
§
*versus* §
§
Pedro Cruz §
§
§

Civil Action B- 9M&182

United States District Court
Southern District of Texas
ENTERED

**NOV 16 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Scheduling Order

1.  Motion hearing: _____12-26_____, 1998, 9:00 a.m.

2.  Docket call and final pretrial conference: _____1-7_____, 1999, 1:30 p.m.
    Proposed voir dire questions and jury instructions,
    IN DUPLICATE, are due at docket call

3.  Jury selection: _____1-11_____, 1999, 9:00 a.m.

Direct questions about this schedule to Letty Garza, Case Manager, United States District Clerk,
Post Office Box 2299, Brownsville, Texas 78522, telephone (956) 548-2628.

Signed on _____November 16_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge