20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
NOV 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-182 |
| | § | |
| PEDRO CRUZ, and | § | |
| CONSUELO GARCIA | § | |
| (formerly Consuelo Cruz) | § | |

## ORDER

The parties have requested an extension of the discovery deadline, continuance of the docket call from its present setting of January 1999, and an extension of pretrial deadlines for at least 90 days to allow additional discovery. (Docket No. 19). Upon review of the Joint Motion and the case file, particularly Judge Hilda G. Tagle's Order of November 16, 1998 (Docket No. 18), the court finds that the Motion should be **DENIED**.

IT IS THEREFORE **ORDERED** that the Joint Motion for Extension of Discovery Deadline, Continuance of Docket Call, and Extension of Pretrial Deadlines is hereby **DENIED**.

DONE in Brownsville, Texas, on this __24th__ day of __Nov__ 1998.

John Wm. Black
United States Magistrate Judge