2-1

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
Entered
DEC 0 8 1998
Michael N. Milby
Clerk of Court
By: _____

USA

versus

Pedro Cruz

§
§
§
§
§
§

CIVIL ACTION B-97-182

# Order Setting Hearing

1. A hearing [motion] will be held before Judge Hilda G. Tagle on:
   
   __1-4-99__, 199_
   
   at __10:00 A.__ .m.
   
   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on __December 8__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.