23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-182 |
| § | |
| PEDRO CRUZ AND CONSUELO GARCIA § | |
| (formerly Consuelo Cruz), § | |
| Defendants. § | |

## ORDER RESCHEDULING ALL DATES INCLUDING TRIAL

BEFORE THE COURT is an Unopposed Motion to Reschedule All Dates Including Trial, for 90 days, and the Court, having considered the Motion, finds it to have merit.

Accordingly, it is hereby ORDERED that the Deadlines will be rescheduled as follows:

a. Motion Hearing: 4-27-99 — 9 AM

b. Pretrial Order: 4-22-99

c. Pretrial & settlement conference: 4-22-99   9 AM

d. Final Pretrial: 5-6-99   9 AM

e. Jury Selection: 5-10-99   9 AM

f. Trial: _____

SIGNED this 22 day of December, 1998.

Hilda G. Tagle
United States District Judge