#24

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

USA

versus

Cruz

§
§
§
§
§
§
§
§

Civil Action B- 97 - 182

United States District Court
Southern District of Texas
ENTERED

FEB 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Motion hearing: _4-22_, 1999, 1:30 p.m. ~~9:00 a.m.~~

2. Docket call and final pretrial conference: _5-3-99_, 1999, 1:30 p.m.
   Proposed voir dire questions and jury instructions,
   IN DUPLICATE, are due at docket call

3. Jury selection: _5-4-99_, 1999, 9:00 a.m.

Direct questions about this schedule to Letty Garza, Case Manager, United States District Clerk, Post Office Box 2299, Brownsville, Texas 78522, telephone (956) 548-2628.

Signed on _February 25th_, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge