26

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:97CV182 |
| | ) |
| PEDRO CRUZ and CONSUELO | ) |
| GARCIA (formerly Consuelo Cruz), | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE FOR FILING
PRETRIAL ORDER, PRETRIAL CONFERENCE AND OF DOCKET CALL**

The United States has requested a continuance for filing pretrial order, pretrial conference and of docket call from its present setting of May 3, 1999, for at least 30 days from that date. For good cause shown and opposing counsel having no objection, it is hereby

ORDERED that the docket call is continued until June 3, 1999 at 1:30 p.m. The pretrial order is due one week prior to docket call and the final pretrial conference is set for 3rd day of June, 1999, at 1:30 p.m.

SIGNED this 26th day of April, 1999.

_____
UNITED STATES DISTRICT JUDGE