28

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:97CV182 |
| | ) |
| PEDRO CRUZ and CONSUELO | ) |
| GARCIA (formerly Consuelo Cruz), | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The parties have requested entry of judgment in favor of the United States and against Pedro Cruz and Consuelo Cruz in the amount of $123,998.00, representing erroneous refunds paid with respect to defendants' 1991 income taxes in the amount of $91,968.00 and 1992 income taxes in the amount of $32,030.00, plus statutory interest pursuant to 26 U.S.C. Sections 6601, 6621, 6622, and 28 U.S.C. Section 1961(c) from the dates the erroneous refunds were made on August 14, 1995, and November 13, 1995, respectively, until paid.

Each party will bear its own costs, including attorneys fees.

**IT IS SO ORDERED**, this 26 day of May, 1999.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE