29

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2001

MICHAEL N. MILBY CLERK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL NO.1:97CV182 |
| | ) | |
| PEDRO CRUZ and CONSUELO | ) | |
| GARCIA (formerly Consuelo Cruz), | ) | |
| Defendants | ) | |

## SATISFACTION OF JUDGMENT AS TO ALL PARTIES

COMES NOW Plaintiff, United States of America, and states that the Judgment in this action,

entered May 27, 1999, has been paid and is satisfied as to ALL PARTIES.

GREGORY A. SERRES
United States Attorney

By:

CYNTHIA E. MESSERSMITH
Attorney, Tax Division
State Bar. No. 04199400
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9727

ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Satisfaction of Judgment as to All

Parties has been made on the ___18th___ day of September 2001, by mailing a copy thereof to:

Pedro Cruz
4 Belinda Circle
Brownsville, Texas 78521

Consuelo Garcia
305 Brocton
Victoria, Texas 77904

CYNTHIA E. MESSERSMITH